```
ROBERT BENAVIDES           § UNITED STATES DISTRICT COURT
     petitioner            § SOUTHERN DISTRICT OF TEXAS
VERSUS                     § BROWNSVILLE DIVISION
UNITED STATES OF AMERICA   §
     respondent            § Case No.: B-01-CR-139-2
                           §
```

*FILED AUG 0 6 2003 — Michael N. Milby, Clerk of Court*

CA B-03-71

## PETITIONER'S RESPONSE TO RESPONDENT'S ANSWER TO SECTION 2255 MOTION

NOW INTO COURT comes Robert Benavides, Pro Se petitioner with a response to the government's answer to his section 2255 motion to correct sentence.

The petitioner contends that the government erred in the interpretation of the petitioner's motion to correct his sentence on the basis of plain error which occurred when the Court revoked three points for acceptance of responsibility from the petitioner because of a questionable positive urine analysis.

The petitioner argued and provided points and Fifth Circuit authorities that provided substantial grounds for the Court to grant the petitioner relief by as much as a twenty one month sentence reduction.

The government in its response attempts to dismiss the petitioner's contention as an attack of ineffective assistance of counsel or an attack of the sentencing guidelines, which in their interpretation of the jurisdiction of §2255 motions, only constitutional violations can be attacked. In actuality, in §2255 motions, defendants are offered the opportunity to present the Court with new evidence and in an addition to constitutional violations, jurisdictional and other fundamental errors can be argued if they are at least debatable among jurists of reason; that a Court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further. The substantial

showing standard does not compel a petitioner to demonstrate that he or she would prevail on the merits.

The petitioner argued that the Court erred by revoking the three points for Acceptance of Responsibility. After the petitioner successfully tested <u>negative</u> while on presentence release, on at least 30 individual mandatory urine analyses from the same Court appointed laboratory, one test came back positive. This last urine analysis that was taken simultaneously with another sample, but was sent to a different laboratory than all the previous and simultaneous urine analysis. The simultaneous sample that was sent to the regular lab that had tested all previous samples came back negative. The conclusion by the Court to accept the one positive urine analysis, that was taken simultaneously with another urine analysis (that was found to be negative), that was tested by a totally different laboratory than all previous and simultaneous urine analyses were taken is erroneous and does not meet the threshold standard for basic testing protocol for differing results.

The petitioner's claim is neither frivolous nor conclusory. The error occurred, and it resulted in the petitioner being prejudiced by exposing him to at least 21 months more prison time than he would have been had this error not occurred. This prejudice in it self is constitutionally significant because in absence of this error, the petitioner's sentence would have been substantially less.

On the basis of the clear facts presented herein and in the petitioner's original motion, and in response to the government's response to the petitioner's §2255 motion, the petitioner respectfully prays that the Honorable Court dismiss the government's request to the government's motion to Grant dismissal of the Petitioner's motion, and correct his sentence to the compelled 70 months which takes into account his three point offense level reduction for Acceptance of Responsibility.

CERTIFICATE OF SERVICE

I the undersigned, do hereby certify that a true and correct copy of this foregoing has been forwarded, postage affixed first class US Mail to the following:

    United States Clerk of Court
    United States District Court
    600 E. Harrison
    Brownsville, TX 78520

Executed on this _____ day of _____, 2003.

*Robert Benavidez*

Defendant, Pro Se
Reg No. 46243-008
FCI Beaumont-LOW
Beaumont, TX 77720
Beaumont, TX 77720