UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT BENAVIDES, Petitioner, | § § | |
| v. | § | Civil: B-03-071 |
| UNITED STATES OF AMERICA Respondents | § § § § | Criminal B-01-139-02 |

PETITIONER'S OBJECTIONS TO MAGISTRATE

JUDGE'S REPORT AND RECOMMENDATION

NOW INTO COURT, comes ROBERT BENAVIDES, pro se petitioner with the following objections to the Magistrate Judge's Report and Recommendation in the instant case. The Magistrate reports that the petitioner fails to raise a constitutional issue cognizable under §2255. On that basis, the Magistrate moves to grant the Government's Motion to Dismiss be granted.

The petitioner asserts that the Magistrate's report and recommendation are without merit, conclusory and frivolous. The error in the urine analysis, an error, for in its absence would have warranted the petitioner in recovering three points off of his base offense level for acceptance of responsibility, would have resulted in a sentence reduction of up to twenty seven (27) months. Since this error is clearly 'Plain Error', neglect by the Court to correct the sentence for this error would be negligently indifferent, and in violation of the petitioner's constitutional right to due process.

On this basis, and the points and authorities set forth in the petitioner's motion for relief under §2255, the petitioner prays that this Court will correct his sentence to the lower compelled sentence of seventy (70) months.

Sincerely,

*Robert Benavides*

Robert Benavides

October 10, 2003

United States Clerk of Court
United States District Court
Southern District of Texas
600 E. Harrison
Brownsville, TX 78520

RE: Objections to Magistrate Judge's
    Report and Recommendation
    Robert Benavides v. USA

Dear Clerk of Court:

As per instruction, attached is above referenced objection to the Magistrate Judge's report and recommendation to my §2255 petition.

I appreciate your time and consideration and look forward to the Court's response.

Sincerely,

Robert Benavides
pro se petitioner

attachment