UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROBERT BENAVIDES, Petitioner, | § § § |
| v. | § § Civil Action B-03-071 |
| UNITED STATES OF AMERICA, Respondent. | § Criminal No. B-01-139-02 § § § |

OBJECTIONS TO MAGISTRATE JUDGE'S

REPORT AND RECOMMENDATION

NOW INTO COURT comes, ROBERT BENAVIDES, pro se petitioner, with this formal written objection to the proposed findings, conclusion and recommendation to the petitioner's request for a Certificate of Appealability (COA). In the instant Report and Recommendation, the Magistrate Judge recommends that the COA should be denied. The Magistrate contends that the Petitioner failed to develop predicate that the Petitioner's constitutional rights were violated. The Petitioner clearly made a showing that the error of admitting an erroneous urine analysis as a means of denying him a three-level reduction in his offense level for acceptance of responsibility was not only constitutionally incorrect, but also prejudicial in the amount of 27 months more prison time. Because of the obvious nature of this error, the error can only be construed as plain error, and in accordance with the Magistrate Judge's own analysis, the Petitioner is barred from further attacking the proposed factual findings except upon the grounds of "Plain Error". The Petitioner further contends that just because defense counsel

failed to object or inform his client as to the denial of the reduction for acceptance of responsibility, does not preclude this oversight from being "Plain Error".

The Petitioner is not seeking to circumvent the judicial system nor is he undermining the seriousness of the crime for which he admitted to. He is simply asking to receive the three points for accepting responsibility that is the norm in any case in which an amicable plea agreement is agreed to. Had the final simultaneous urine analyses that were taken on the last scheduled event prior to sentencing not raised serious doubts as to their validity, the Petitioner would clearly and openly accept his sentence without question.

It is for these reasons, and all reasons, factual predicate and common law authorities presented here and in his previous petitions, that the Petitioner prays that this Honorable Court will assign him counsel and allow an evidentiary hearing to properly analyze and argue this before the Court.

Sincerely,

Robert Benavides

Petitioner